MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ROSEMARY TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-01634-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>**(Doc. 15)** |

ROSEMARY TAYLOR (Plaintiff) and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner), hereby stipulate, subject to the approval of the Court, to a five-day extension of time for Defendant to respond to Plaintiff's Opening Brief (Docket Number 12). This is the second request for an extension of time sought in the above-captioned matter. The current deadline was September 24, 2018, and the new deadline would be September 28, 2018. Defendant requests this additional time because the Commissioner has agreed to voluntarily remand this case without further briefing.

/ / / /

The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: September 25, 2018 By: /s/ *Lawrence D. Rohlfing*\*
LAWRENCE D. ROHLFING
Attorney for Plaintiff
[\*As authorized by e-mail on September 25, 2018

Dated: September 25, 2018 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: */s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

Pursuant to the parties' previous stipulation for an extension of time (Doc. 13) and the Court's order modifying the Scheduling Order in this case, Defendant's responsive brief was due to be filed no later September 24, 2018. (Doc. 14.) The parties filed the above "Stipulation to Extend Time for Defendant to Respond to Plaintiff's Opening Brief" on September 25, 2018—one day after Defendant's answering brief deadline expired. (Doc. 15.)

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, although the Stipulation demonstrates good cause under to support the request for extension of time (*see* Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated—much less shown—to justify the untimeliness of the request. Notwithstanding this deficiency, given the absence of bad faith or prejudice to Plaintiff (as evidenced by her agreement to the

extension of time after the deadline), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. **The parties are cautioned that future post hoc requests for extensions of time will be viewed with disfavor.**

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including September 28, 2018, by which to file her answering brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: __**September 26, 2018**__     _____/s/ *Sheila K. Oberto*_____
                                      UNITED STATES MAGISTRATE JUDGE