MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: 415-977-8963
   Facsimile: 415-744-0134
   E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ROSEMARY TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 1:17-cv-01634-SKO<br><br>**STIPULATION AND ORDER FOR REMAND TO AGENCY PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR**<br><br>(Doc. 17) |

     IT IS HEREBY STIPULATED, by and between ROSEMARY TAYLOR (Plaintiff) and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

     On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical opinion evidence. The Appeals Council will instruct the ALJ to take further action, as

warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: September 26, 2018     By:   /s/ *Cyrus Safa**
CYRUS SAFA
Attorney for Plaintiff
[*As authorized by e-mail on September 26, 2018]

Dated: September 26, 2018     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By:   */s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## ORDER

Based upon the parties' above Stipulation for Remand to Agency Pursuant 42 U.S.C. § 405(g) Sentence Four ("Stipulation to Remand") (Doc. 17), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Rosemary Taylor and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **September 27, 2018**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE